# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-14-00580-CV

---

**G. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 424TH DISTRICT COURT OF BURNET COUNTY,
### NO. 42119, THE HONORABLE CHARLES H. VAN ORDEN, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant G. W. filed his notice of appeal on September 11, 2014. The appellate record was complete October 6, 2014, making appellant's brief due October 27, 2014. On October 27, 2014, counsel for appellant filed a motion for extension of time to file appellant's brief asserting that in order to address the issues raised in the present appeal thoroughly, appellant's attorney would require a supplemental reporter's record. The supplemental reporter's record was filed in this Court on November 10, 2014.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and

order counsel to file appellant's brief no later than December 1, 2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 13, 2014.


Before Chief Justice Jones, Justices Rose and Goodwin